

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00160-CV

**IN RE FIRE ALARM SERVICES, INC.** and Cosme Alvizo

Original Mandamus Proceeding[1]

### ORDER

On March 17, 2022, Relators Fire Alarm Control Services Inc. and Cosme Alvizo filed their petition for writ of mandamus. After this court requested a response, Real Party in Interest Orlando Lopez filed a response to which the relators replied. In accordance with our opinion of this date, we conditionally grant the petition for writ of mandamus and order the Honorable Tina Torres to, within fifteen days of this order, (1) vacate her March 15, 2022 order excluding the expert testimony of Jimmy Sill and (2) file a copy of such written order in this court. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Torres has failed to comply with this order.

It is so **ORDERED** on July 20, 2022.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018-CI-00850, styled *Orlando Lopez v. Fire Alarm Control Services, Inc. and Cosme Alvizo*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.